```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION
```

ERIC L. JOYNER,              )
                             )
        Plaintiff            )
                             )       No. 3:13-0298
v.                           )       Judge Campbell/Brown
                             )       **Jury Demand**
AT&T CORP., *et al.*,        )
                             )
        Defendant            )

### O R D E R

A telephone conference with Magistrate Judge Joe Brown is set for **Tuesday, December 10, 2013, at 2:00 p.m.** to discuss the setting of a date for a scheduling conference.

**To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge