UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIC L. JOYNER,                        )
                                       )
            Plaintiff                  )
                                       )        No. 3:13-0298
v.                                     )        Judge Campbell/Brown
                                       )        **Jury Demand**
AT&T CORP., *et al.*,                  )
                                       )
            Defendant                  )

**O R D E R**

A telephone conference was held at the request of the parties on February 18, 2014, to discuss extension of deadlines to permit specified depositions as proposed in a joint motion (Docket Entry 26). The motion is **GRANTED.** The discovery deadline may remain open until **March 28, 2014.**[1] The dispositive motion deadline is extended to **April 28, 2014.**

The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any time.

In view of these extensions the Magistrate Judge recommends that a trial date be set for this jury trial, which is estimated to take approximately four days, on or after October 14, 2014.

---

[1]Ms. Patterson (Witness No. 2 on Docket Entry 26, p. 2) is currently on leave and the Defendant is not certain when she will return. It appears that she will not be available for a deposition prior to the March 28th deadline. The parties should advise the Magistrate Judge about any changes involving Ms. Patterson.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge