UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC L. JOYNER, | ) | |
| Plaintiff | ) ) | |
| | ) | No. 3:13-0298 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| AT&T CORP., *et al.*, | ) ) | |
| Defendant | ) | |

### **O R D E R**

A lengthy telephone conference was held with the parties about several discovery issues. During the course of the conference the parties were able to resolve several of the issues. The Magistrate Judge has previously set a hearing for April 24, 2014 (Docket Entry 29) to discuss other discovery issues. The parties requested until April 24, 2014, to see if they could resolve the present issues. Hopefully, the parties with the guidance given by the Magistrate Judge during this conference, will be able to resolve most, if not all, of the issues.

To the extent issues remain, the parties should provide a brief description of them by the close of business on **April 23, 2014,** and be prepared to take up any remaining issues on **April 24th.**

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge