```
                 UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

ERIC L. JOYNER,                     )
                                    )
         Plaintiff                  )
                                    )         No. 3:13-0298
v.                                  )         Judge Campbell/Brown
                                    )         **Jury Demand**
AT&T CORP., *et al.*,               )
                                    )
         Defendant                  )

## **O R D E R**

A follow-up telephone conference was held with the parties in this matter on April 24, 2014. The parties are still in the process of discussing the issues they have with the Plaintiff's Rule 30(b)(6) request. They have made substantial progress toward resolving that. They are also taking the deposition of several company employees and it is possible that those depositions will resolve many of the Rule 30(b)(6) issues.

A further telephone conference is set in this matter for **May 15, 2014, at 11:00 a.m. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

The parties are requested to submit to the Magistrate Judge by **noon on May 14, 2014, to brownchambers@tnmd.uscourts.gov,** a statement of any discovery issues that remain concerning the Rule 30(b)(6) and a draft revision to the scheduling order suggesting deadlines for discovery, dispositive motions, and a recommended trial date. The Magistrate Judge anticipates at the May 15th hearing issuing a complete scheduling order with a recommended trial date for consideration by Judge Campbell.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge