IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIC L. JOYNER )
)
v. ) NO. 3-13-0298
) JUDGE CAMPBELL
AT & T CORP., et al. )

ORDER

The parties have filed a Joint Stipulation of Partial Dismissal (Docket No. 40), indicating that Plaintiff wishes to dismiss certain of his claims. Accordingly, Plaintiff's claims brought under the Family and Medical Leave Act are DISMISSED; and Plaintiff's claims for discrimination and harassment based on sexual orientation and gender stereotyping are DISMISSED.

Plaintiff's remaining claims will be tried, as previously scheduled, on April 14, 2015. Docket No. 38.

IT IS SO ORDERED.

   _____
   TODD J. CAMPBELL
   UNITED STATES DISTRICT JUDGE