IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC L. JOYNER | ) |
| | ) |
| v. | ) NO. 3-13-0298 |
| | ) JUDGE CAMPBELL |
| BELLSOUTH | ) |
| TELECOMMUNICATIONS, LLC | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 44). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Docket No. 44) is GRANTED in part and DENIED in part. Plaintiff's claims under Title VII and his claims for disparate treatment, disclosure of confidential information, failure to accommodate and retaliation under the ADA are DISMISSED. Plaintiff's claim for hostile work environment based upon his disability will be tried, as previously ordered, on April 14, 2015. *See* Docket No. 38.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE